**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID WALKER,

    Plaintiff,

v.                                             Case No. 3:18-cv-770-J-32MCR

AJIT LALCHANDANI and ANN COFFIN,

    Defendants.

---

# O R D E R

This case is before the Court on Plaintiff's Complaint for Fraud and Deprivation of Rights, (Doc. 1), and Application to Proceed in District Court without Prepaying Fees or Costs, (Doc. 2). On October 19, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that the application be denied and the case be dismissed without prejudice. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint for Fraud and Deprivation of Rights (Doc. 1) is **DISMISSED without prejudice**.

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of November, 2018.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record